Same case below, 333 S.W.3d 59.

**No. 10-1305. Shelley Evans-Marshall, Petitioner v. Board of Education of the Tipp City Exempted Village School District, et al.**

564 U.S. 1038, 131 S. Ct. 3068, 180 L. Ed. 2d 889, 2011 U.S. LEXIS 4909.

June 27, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

Same case below, 624 F.3d 332.

**No. 10-1306. Dallas Cox, Petitioner v. Missouri.**

564 U.S. 1038, 131 S. Ct. 3068, 180 L. Ed. 2d 889, 2011 U.S. LEXIS 4842.

June 27, 2011. Petition for writ of certiorari to the Court of Appeals of Missouri, Western District, denied.

Same case below, 328 S.W.3d 358.

**No. 10-1308. Dina Jaeger, Petitioner v. Cellco Partnership, dba Verizon Wireless, et al.**

564 U.S. 1038, 131 S. Ct. 3068, 180 L. Ed. 2d 889, 2011 U.S. LEXIS 4889.

June 27, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Second Circuit denied.

Same case below, 402 Fed. Appx. 645.

**No. 10-1311. Blue Bell Creameries, LP, Petitioner v. Richard Roberts, Commissioner, Tennessee Department of Revenue.**

564 U.S. 1039, 131 S. Ct. 3068, 180 L. Ed. 2d 889, 2011 U.S. LEXIS 4839.

June 27, 2011. Petition for writ of certiorari to the Supreme Court of Tennessee, Middle Division, denied.

**No. 10-1313. John Clellan, Petitioner v. Ohio.**

564 U.S. 1039, 131 S. Ct. 3069, 180 L. Ed. 2d 889, 2011 U.S. LEXIS 4979, ■

June 27, 2011. Petition for writ of certiorari to the Court of Appeals of Ohio, Franklin County, denied.

**No. 10-1317. Miles Christi Religious Order, et al., Petitioners v. Township of Northville, Michigan, et al.**

564 U.S. 1039, 131 S. Ct. 3071, 180 L. Ed. 2d 889, 2011 U.S. LEXIS 4989.

June 27, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

Same case below, 629 F.3d 533.

**No. 10-1319. Martin Jakubowski, Petitioner v. The Christ Hospital, Inc., et al.**

564 U.S. 1039, 131 S. Ct. 3071, 180 L. Ed. 2d 889, 2011 U.S. LEXIS 4937.

June 27, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

Same case below, 627 F.3d 195.

**No. 10-1321. James J. Reynolds, Petitioner v. Eric H. Holder, Jr., Attorney General.**

564 U.S. 1039, 131 S. Ct. 3071, 180 L. Ed. 2d 889, 2011 U.S. LEXIS 4805.

June 27, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Second Circuit denied.